**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Diamond Comic Distributors, Inc., *et al.*, | * | Case No. 25-10308-DER |
| | * | (Jointly Administered) |
| Debtors.[1] | * | |
| | * | Chapter 7 |
| * * * * * * | * | * * * * * * |
| Morgan W. Fisher, Chapter 7 Trustee, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Adv. Proc. No. 25-00240-DER |
| | * | |
| DARK HORSE COMICS, LLC d/b/a DARK HORSE COMICS, INC., | * | |
| | * | |
| | * | |
| Defendant. | * | |

* * * * * * * * * * * * *

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Morgan W. Fisher, Chapter 7 Trustee (the "Trustee"), and Defendant DARK HORSE COMICS, LLC d/b/a DARK HORSE COMICS, INC., identified in the Settlement Agreement (defined below) as Dark Horse Comics, LLC (the "Defendant"), by their undersigned counsel, stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), made applicable here by Federal Rule of Bankruptcy Procedure 7041, to the dismissal of this adversary proceeding with prejudice, and state:

1. The Trustee, Sparkle Pop LLC, and the Palik Consignment Group, of which the Defendant is a member, are parties to a Settlement Agreement and Releases (the "Settlement

[1] The Debtors in these chapter 7 cases are: Diamond Comic Distributors, Inc.; Comic Holdings, Inc.; Comic Exporters, Inc.; and Diamond Select Toys & Collectibles, LLC.

Agreement") that resolves this adversary proceeding. The Settlement Agreement is Exhibit A to the Joint Motion to Approve Settlement Pursuant to Fed. R. Bankr. P. 9019(a) filed in the main case [Case No. 25-10308, ECF No. 1339].

2. The Court approved the Settlement Agreement by Consent Order entered October 26, 2026 [Case No. 25-10308, ECF No. 1344] (the "Approval Order"). The Approval Order directs the Trustee to dismiss the adversary proceedings against the members of the Palik Consignment Group within ten days after the Approval Order becomes a Final Approval Order. *See also* Settlement Agreement § 7.2.

3. The settlement involves a transfer of cash or other property to or from the bankruptcy estate. As Local Bankruptcy Rule 9019-1(b) requires, it was presented by motion under Bankruptcy Rule 9019 and approved by the Approval Order.

4. This adversary proceeding, including all claims and any counterclaims asserted in it, is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated: November 10, 2026

STIPULATED AND AGREED TO:

*/s/ Zvi Guttman*
Zvi Guttman, Fed. Bar No. 06902
The Law Offices of Zvi Guttman, P.A.
P.O. Box 32308
Baltimore, Maryland 21282
(410) 580-0500
zvi@zviguttman.com

*Counsel for Morgan W. Fisher,*
*Chapter 7 Trustee, Plaintiff*

*/s/ Craig M. Palik*
Craig M. Palik, Fed. Bar No. 15254
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
cpalik@mhlawyers.com

*Counsel for Dark Horse Comics, LLC,*
*Defendant*
(signed with permission)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 10, 2026, a copy of the foregoing Stipulation of Dismissal with Prejudice filed in Adversary Proceeding No. 25-00240-DER was served electronically through the Court's CM/ECF system on all parties registered to receive electronic notice in this adversary proceeding, including:

Craig M. Palik, cpalik@mhlawyers.com, counsel for the Defendant

*/s/ Zvi Guttman*
Zvi Guttman